# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

JACK E. WENARSKY, ESQ.**
SCOTT J. GOLDSTEIN, ESQ.**
**ADMITTED IN NY AND NJ

**LEDGEWOOD**
410 ROUTE 10 WEST, STE 214
LEDGEWOOD, NJ 07852

**DENVILLE**
280 WEST MAIN STREET
DENVILLE, NJ 07834

**NEW YORK CITY**
43 WEST 43RD STREET, STE 188
NEW YORK, NY 10036
BY APPOINTMENT ONLY

**WRITER'S CONTACT**
Scott J. Goldstein
Direct Phone:     (973) 453-2871
Direct Email:     Scott@wg-attorneys.com

February 4, 2024

**Via CM/ECF**
Honorable Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601

      **In re: Michael Rencher Case No. 20-35707**
           **Chapter 13 Bankruptcy**

Dear Judge Morris:

    This letter will confirm that the within matter, currently scheduled for February 6, 2024 is hereby rescheduled for March 19, 2024 at 9:00 am. This adjournment is done with the consent of the Trustee and all interested parties.

    If the Court needs additional information, please contact me.

Respectfully,

/s/Scott J. Goldstein
Scott J. Goldstein, Esq.

---

**North Jersey Offices**

410 Route 10 West, Ste 214
Ledgewood, NJ 07852

280 West Main Street
Denville, NJ 07834

Tel:  973-927-5100
Fax:  973-927-5252

info@wg-attorneys.com
www.wg-attorneys.com

**New York Office**

43 West 43rd Street, Ste 188
New York, NY 10036-7424

By Appointment Only