# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

**JACK E. WENARSKY, ESQ.**\*\*  
**SCOTT J. GOLDSTEIN, ESQ.**\*\*  
\*\*ADMITTED IN NY AND NJ

**LEDGEWOOD**  
410 STATE ROUTE 10 WEST, STE 214  
LEDGEWOOD, NJ 07852

**ATTORNEY'S CONTACT**  
Scott J. Goldstein  
Direct Phone:   (973) 453-2871  
Direct Email:   Scott@wg-attorneys.com

**NEW YORK CITY**  
43 WEST 43RD STREET, STE 188  
NEW YORK, NY10036  
BY APPOINTMENT ONLY

March 18, 2024

**Via CM/ECF**  
Honorable Cecelia G. Morris  
United States Bankruptcy Court, Southern District of New York  
355 Main Street  
Poughkeepsie, NY 12601

        **In re: Michael Rencher Case No. 20-35707**  
            **Chapter 13 Bankruptcy**

Dear Judge Morris:

    This matter is before the Court on the Trustee's motion to dismiss the case for failure to make Plan payments.  This matter has been adjourned least twice to allow my office to reach the Debtor.  To date we have not been successful in reaching the debtor.  As such, I cannot oppose the Trustee's motion.

                                                        Respectfully,

                                                   /s/Scott J. Goldstein  
                                                      Scott J. Goldstein, Esq.

---

**North Jersey Office**

410 State Route 10 West, Ste 214  
Ledgewood, NJ 07852

Tel:  973-927-5100  
Fax:  973-927-5252

info@wg-attorneys.com  
www.wg-attorneys.com

**New York Office**

43 West 43rd Street, Ste 188  
New York, NY 10036-7424

By Appointment Only