UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------X     Chapter 13  
IN RE:     Case No. 20-35707-CGM  

Michael Lance Rencher,

                Debtor.  
---------------------------------------------------------X

## ORDER DISMISSING CASE

UPON the motion, dated November 29, 2023 of Thomas C. Frost, Chapter 13 trustee, (the "Trustee") seeking entry of an order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c); and due notice of the motion having been given to all necessary parties; and upon the record of the hearing held by the Court on the motion on March 19, 2024 and all of the proceedings herein; and

WHEREAS, the Debtor has defaulted under the terms of the Debtor's confirmed Chapter 13 plan and is in material arrears in Chapter 13 plan payments to the Trustee; and

WHEREAS, based upon the letter of No Opposition (docket #34), and all the proceedings herein constitute cause for dismissal of this Chapter 13 case; it is accordingly

WHEREAS, each of the foregoing constitutes cause for dismissal of this Chapter 13 case; it is accordingly

ORDERED, that this Chapter 13 case be dismissed pursuant to 11 U.S.C. § 1307(c). The Trustee shall take all actions required by such dismissal.



**Dated: March 21, 2024**  
**Poughkeepsie, New York**

/s/ Cecelia G. Morris  
_____  
**Hon. Cecelia G. Morris**  
**U.S. Bankruptcy Judge**