**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Michael Lance Rencher | CASE NO.: 20−35707−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−5790 | CHAPTER: 13 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Michael Lance Rencher was dismissed from the case on March 21, 2024 .

Dated: March 21, 2024                                   Vito Genna
                                                        Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-35707-cgm |
| Michael Lance Rencher | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 21, 2024 | Form ID: 131 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Lance Rencher, 99 Nelson Ave, Wappingers Falls, NY 12590-1101 |
| 7730136 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 7730143 | + | EDUCATIONAL & GOVERNME FCU, 333 N CENTRAL AVE FL 2, HARTSDALE, NY 10530-1811 |
| 7734388 | + | Mid-Hudson Valley Federal Credit Union, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 7730148 | + | SOFI, 860 WASHINGTON ST, #2, NEW YORK, NY 10014-1308 |
| 7776144 | + | Scott J. Goldstein, 280 West Main Street, Denville, NJ 07834-1233 |
| 7730151 | + | TENISHA RENCHER, 99 NELSON AVE, WAPPINGERS FALLS, NY 12590-1101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 21 2024 19:12:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 21 2024 19:12:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7744379 | + | Email/Text: amscbankruptcy@adt.com | Mar 21 2024 19:13:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 7730132 | + | Email/Text: amscbankruptcy@adt.com | Mar 21 2024 19:13:00 | ADT SECURITY SERVICES, 3190 S. VAUGHN WAY, AURORA, CO 80014-3541 |
| 7730133 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 19:22:25 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 7738569 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 19:22:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7730134 | | EDI: BMW.COM | Mar 21 2024 23:13:00 | BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016 |
| 7730135 | + | EDI: CAPITALONE.COM | Mar 21 2024 23:10:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 7730138 | + | Email/Text: aalegalforwarding@wakeassoc.com | Mar 21 2024 19:12:00 | CHOICE RECOVERY, ATTN: BANKRUPTCY, 1550 OLD HENDERSON RD, STE 100, COLUMBUS, OH 43220-3662 |
| 7730139 | + | EDI: CITICORP | Mar 21 2024 23:10:00 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 7730140 | + | EDI: WFNNB.COM | Mar 21 2024 23:13:00 | COMENITY BANK/EDDIE BAUER, ATTN: |

20-35707-cgm    Doc 36    Filed 03/23/24    Entered 03/24/24 00:08:25    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 131 | Total Noticed: 35 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 7730141 | + | EDI: WFNNB.COM | Mar 21 2024 23:13:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, POB 182125, COLUMBUS, OH 43218-2125 |
| 7730142 | + | EDI: WFNNB.COM | Mar 21 2024 23:13:00 | COMENITY CAPITAL/GAMESTOP, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 7742403 | ^ | MEBN | Mar 21 2024 19:08:19 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 7730144 | + | Email/Text: bankruptcy@hvfcu.org | Mar 21 2024 19:13:00 | HUDSON VALLEY FCU, ATTN: BANKRUPTCY, PO BOX 1071, POUGHKEEPSIE, NY 12602-1071 |
| 7731740 | + | Email/Text: bankruptcy@hvfcu.org | Mar 21 2024 19:13:00 | Hudson Valley Credit Union, PO Box 1071, Poughkeepsie NY 12602-1071 |
| 7730137 | | EDI: JPMORGANCHASE | Mar 21 2024 23:10:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 7737681 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 21 2024 19:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7730145 | + | EDI: LENDNGCLUB | Mar 21 2024 23:10:00 | LENDING CLUB CORP, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 7731773 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 19:22:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7730146 | | Email/Text: hnichols@mhvfcu.com | Mar 21 2024 19:13:00 | MHVFCU, ATTN: BANKRUPTCY, PO BOX 1429, KINGSTON, NY 12402 |
| 7750736 | | EDI: PRA.COM | Mar 21 2024 23:13:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 7730357 | + | EDI: PRA.COM | Mar 21 2024 23:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7731528 | | EDI: Q3G.COM | Mar 21 2024 23:13:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 7730147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 19:22:20 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 7730149 | + | EDI: SYNC | Mar 21 2024 23:10:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 7730150 | + | EDI: SYNC | Mar 21 2024 23:10:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 7730152 | + | EDI: VERIZONCOMB.COM | Mar 21 2024 23:10:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY DEPT, PO BOX 3397, BLOOMINGTON, IL 61702-3397 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7734393 | *+ | Mid-Hudson Valley Federal Credit Union, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0208-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 131 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caroline W. T. Lang | on behalf of Creditor Citizens Bank N.A. clang@coopererving.com |
| Krista M. Preuss | on behalf of Trustee Krista M. Preuss info@ch13kp.com  kpreuss13@ecf.epiqsystems.com |
| Martin A. Mooney | on behalf of Creditor MID-HUDSON VALLEY FEDERAL CREDIT UNION Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com |
| Michael A. Kornstein | on behalf of Creditor Citizens Bank N.A. mkornstein@coopererving.com |
| Scott J. Goldstein | on behalf of Debtor Michael Lance Rencher scott@wg-attorneys.com goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| Thomas C. Frost | info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |

TOTAL: 7